**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 800
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

Stephanie J. Quincy, SBN 014009, QuincyS@gtlaw.com
Jorge Coss, SBN 036220, CossJ@gtlaw.com
*Attorneys for Defendant Banner Health*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Taylor, | No. 2:23-cv-00509-SRB |
| Plaintiff, | |
| vs. | |
| Banner Health, | **JOINT REPORT OF GOOD FAITH SETTLEMENT DISCUSSIONS** |
| Defendant. | |

Plaintiff Heather Taylor ("Plaintiff") and Defendant Banner Health ("Defendant") (collectively the "Parties") hereby submit this Joint Report of Good Faith Settlement Talks pursuant to the Court's Case Management Order (Dkt. 17 at 4). On January 18, 2024, Defendant took Plaintiff's deposition. The deposition was in person and both Parties (Plaintiff and a representative from Banner Health's Risk Management Department) and their respective attorneys were present. During breaks in the deposition, counsel for the Parties engaged in settlement discussions but were unable to reach an agreement. The Parties do not believe assistance from the Court is needed with regard to future settlement discussions. The Parties will promptly notify the Court if they reach a settlement as this litigation continues.

///

///

///

ACTIVE 696700919v1

RESPECTFULLY SUBMITTED this 3rd day of April 2024.

**GREENBERG TRAURIG LLP**


By:  */s/ Stephanie J. Quincy*
Stephanie J. Quincy
Jorge Coss
*Attorneys for Defendant Banner Health*


**CARDEN LIVESAY, LTD.**


By:  */s/ Joshua W. Carden (with consent)*
Joshua W. Carden
*Attorneys for Plaintiff*

LAW OFFICES
**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 445-8000

2