# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Taylor,<br><br>        Plaintiff,<br><br>v.<br><br>Banner Health,<br><br>        Defendant. | **NO. CV-23-00509-PHX-SRB**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed August 14, 2024, which granted Defendant's Motion for Summary Judgment, judgment is entered in favor of Defendant and against Plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

                                              Debra D. Lucas
                                              District Court Executive/Clerk of Court

August 14, 2024

                                              s/ D. Draper
                                      By   Deputy Clerk